JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDY A. RAUSCH, | ) | NO. EDCV 16-0732-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 31, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE